UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: December 17, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Magistrate's Case No. **25-02204MJ** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| vs. ) | 21 U.S.C. §§ 952 and 960(a)(1) and |
| ) | (b)(1)(H), Importation of |
| Brian Michelle Macias Garcia ) | Methamphetamine |
| Citizen of United States ) | Count One |
| YOB: 2006 ) | |
| ) | 21 U.S.C. §§ 841(a)(1) and |
| Defendant. ) | (b)(1)(A)(viii), Possession With |
| ) | Intent to Distribute |
| ) | Methamphetamine |
| ) | Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about December 17, 2025, at or near San Luis, Arizona, within the District of Arizona, defendant, Brian Michelle MACIAS Garcia, did knowingly and intentionally import and attempt to import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, 952 and 960(a)(1) and (b)(1)(H).

COUNT TWO

On or about December 17, 2025, at or near San Luis, Arizona, within the District of Arizona, defendant, Brian Michelle MACIAS Garcia, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Joe Koehler for AUSA Louis Uhl

**THOMAS A TAYLOR**  Digitally signed by THOMAS A TAYLOR
Date: 2025.12.18 13:17:34 -07'00'

Thomas Taylor
Special Agent – Homeland Security Investigations

Sworn to before me and subscribed telephonically, on __19th__ day of __December__, 2025, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

**STATEMENT OF PROBABLE CAUSE**

I, Thomas Taylor, Special Agent of Homeland Security Investigations, being duly sworn, declare and state as follows:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

1. Your affiant is a Special Agent (SA) with Homeland Security Investigations (HSI) assigned to the Yuma, Arizona, office. Your affiant has been a Special Agent for HSI since December 2022. During this period, your affiant has conducted investigations of narcotics smuggling, human smuggling, firearm smuggling, and immigration offenses. Prior to becoming a Special Agent for HSI Yuma, your affiant was a Uniformed Division Officer with U.S. Secret Service for three (3) years. During this time, your affiant was assigned to protect the White House, the Vice President's Residence, and Foreign Embassies within the Metro DC Area. Your affiant has attended and completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSI/SAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

**PROBABLE CAUSE**

3. On December 17, 2025, at approximately 1708 hours, the defendant, Brian Michelle MACIAS Garcia applied for admission into the United States via the vehicle primary lanes at the San Luis, Arizona, Port of Entry (POE). MACIAS was the driver and sole occupant of a dark gray 2011 Kia Forte with Arizona license plate number of "MBA7CZ", registered to MACIAS.

4. While at the primary booth inspection lane, Customs and Border Protection Officer (CBPO) Luna asked MACIAS where he was going to which he responded returning home to Yuma, Arizona. CBPO Luna then asked MACIAS what he was doing in Mexico and MACIAS stated he went to help an aunt move some furniture. The CBPO then obtained a negative customs declaration from MACIAS and began to inspect the vehicle, beginning with the vehicle's trunk area. CBPO Luna moved the vehicle's carpet liner and noticed what appeared to be a black plastic trash bag covering the area. CBPO Luna moved the black plastic to the side and noticed several packages with white crystalline substance wrapped in cellophane. CBPO Luna then proceeded to check the right side of the trunk area and observed the same black plastic covering more cellophane wrapped packages which appeared to have a crystalline substance within. The CBPO obtained a second negative customs declaration from MACIAS. MACIAS was handcuffed, escorted and placed into a holding cell.

5. Canine Enforcement Officer Maldonado and his assigned Concealed and Narcotic Detection Dog Miko performed a K-9 sniff of the gray vehicle (MBA7CZ) and alerted to the driver door and trunk area.

6. The vehicle was directed through the Z-Portal X-ray machine and into the vehicle secondary lot for further inspection, in which anomalies were discovered in the vehicle doors and quarter panels and dashboard area by CBPO Moreno.

7. A total of 100 packages containing white crystalline substance weighing a total of 46.10 kilograms were extracted from the vehicle. A narcotics identification field test performed on a sample from one random package yielded positive for the characteristics of methamphetamine.

8. During a post-Miranda interview with Homeland Security Investigations Special Agents and Task Force Officer, MACIAS admitted to knowing that there were narcotics in his vehicle (MBA7CZ) and knew that it was illegal to transport them from Mexico into the United States. MACIAS stated he was to be paid approximately $5,000.

9. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Brian Michell MACIAS Garcia, did knowingly and intentionally possess with the intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United states Code, Sections (a)(1) and (b)(1)(A)(viii) and Sections 952 and 960(a)(1) and (b)(1)(H).

Based on the foregoing, there is probable cause to believe Brian Michelle MACIAS Garcia committed the offenses alleged in the Complaint.

THOMAS A TAYLOR  
*Digitally signed by THOMAS A TAYLOR*  
*Date: 2025.12.18 13:16:44 -07'00'*

_____  
Thomas Taylor  
Special Agent – Homeland Security Investigations

Sworn to before me and subscribed telephonically, on __19th__ day of __December__, 2025, at Yuma, Arizona.

_____  
James F. Metcalf  
United States Magistrate Judge